### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED EAA

MAY 28 2015
MAY 28 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Bruner

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County et al;
Cook County Jail
Tom Dart
c/o Hazelwood
Counselor Harris
UNKnown, Correctional officers,
Lieutenant(s), Sergeant(s)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case
(To

15cv4740
Judge Edmond E. Chang
Magistrate Judge Sidney I. Schenkier
PC5

**CHECK ONE ONLY:**

X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.   Name: Michael Bruner R-32831

    B.   List all aliases: N/A

    C.   Prisoner identification number: R-32831

    D.   Place of present confinement: Dixon Corr. Center

    E.   Address: 2600 N. Brinton Ave Dixon, Il 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: Cook County

           Title: County In State of Illinois

           Place of Employment: Cook County

    B.   Defendant: Cook County Jail

           Title: Holding/Detention Center

           Place of Employment: Cook Cook

    C.   Defendant: Tom Dart

           Title: Sheriff

           Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

~ 2 (A)

D) Defendant : C/o Hazelwood
        Correctional officer
        Cook County Jail

E) Defendant : Counselor Harris
        Counselor
        Cook County Jail

F. Defendant(s) unknown Correctional
        Officer(s), unknown
        Sergeant(s), unknown
        Lieutenant(s)
    Correctional officer(s) Correctional
    Sergeant(s) Correctional Lieutenant(s)
        Cook County Jail

1) Grievances was Filed, And Said was Denied

Michael Bruner
Michael Bruner

E.    Is the grievance procedure now completed?   YES (X)  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO ( )

G.    If your answer is **YES**:

    1.    What steps did you take?    Appealed
    _____

    _____

    _____

    2.    What was the result?    Denied
    _____

    _____

    _____

H.    If your answer is **NO**, explain why not:
    _____

    _____

    _____

4

IV.　List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.　Name of case and docket number: _____ None _____

B.　Approximate date of filing lawsuit: _____ N\A _____

C.　List all plaintiffs (if you had co-plaintiffs), including any aliases: None _____

D.　List all defendants: _____ N\A _____

E.　Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ None _____

F.　Name of judge to whom case was assigned: _____ N\A _____

G.　Basic claim made: _____ N\A _____

H.　Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N\A _____

I.　Approximate date of disposition: _____ N\A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5

**V.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

A) At All Dates And/or times Related To this complaint And/or Claim The Defendant Cook County made It Their Policy, Custom And/or Practice To Allow Employee(s) To Act with Indifference to the Plaintiff michael Bruner Serious medical Need(s).

B) At All Dates And/or times Related To this complaint And/or Claim The Defendant Cook County Jail made It Their Policy, Custom And/or Practice To Allow Employee(s) To Act with Indifference to the Plaintiff michael Bruner Serious medical Need(s)

C) At All Dates And/or times Related To this Complaint And/or Claim

6

-7-

The Defendant Tom Dart Allowed His Employee(s) to make It Part of their Policy, Custom, And/or Practice to Act with Indifference to michael Bruner Serious medical Need(s)

D) At All times And/or Dates the Defendant Correctional officer Hazelwood Acted with Indifference to michael Bruner Serious medical Need(s)

E) At All times And/or Dates the Defendant Counselor Harris Acted with Indifference to michael Bruner Seriou medical Need(s)

F) At All times And/or Dates the Defendant(s) Unknown In the Capacity of Correctional officer(s) And Correctional Sergeant(s), And Correctional Lieutenant(s) Acted with Indifference to michael Bruner Serious medical NEEDs.

- 7 (A) -

G) On/or About 9-08-2013 The Said
Defendant(S) Unknown officer(S),
Sergeant(S) And Unknow Lieuten-
ant(S) Failed And Denied medical
Attention when made Know for
Cellulitus In Right leg As well
A (2) Broken Ribs while Being
Hand Cuffed to A Bench for (18)
Hours

H) On/or About october 2013 The Def-
endant(S) Clo Hazelwood And Counselor
Harris Failed And Denied michael
Bruner medical, when The Plaintiff
Slipped In Puddle of water where
Plaintiff Further Injured Right leg
And twisted Back Hurting the Plain-
tiff Shalder

I) On/or About January 2014, I The
Plaintiff michael Bruner Became
Ill with A Serious Chest Cold, The
Plaintiff Put In Sick Call Request,
However The Cook County Jail Failed
And/or Refused medical Attention

− 7 (B) −

J) On/or About October 2013 The Defendant Cook County Jail Failed And/or Refused with Indifference To treat the Plaintiff, Michael Bruner, when It was made Known of A Serious medical treatment By Doctor "Zawitz" for "Hep.C", The Defendant Cook County Jail totally Denied treatment for this Serious medical Need

Because of the complete In-difference to the Plaintiff, Michael Bruner Serious medical Need(s) All Named Defendants Act ed with Delliberate Indifference to the Plaintiff, michael Bruner medical Needs which cause Pain And Suff-ering Along with Permanent Damages.

Michael Bruner
Michael Bruner

**V.**  **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1) Monetary Award this Court Deems Just And Fit.

2) Nominal Damages

3) Positive Damages

4) Injunction Relief

**VI.**  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __22__ day of __May__, 20 _15_

_Michael Bruner_
(Signature of plaintiff or plaintiffs)

_Michael Bruner_
(Print name)

_R-32831_
(I.D. Number)

_2600 N. Brinton Ave_
_Dixon, Il 61021_
(Address)

6 (A)                                    Revised 9/2007

IN THE

District Court
Northern District
Illinois

Michael Bruner )
Plaintiff, )
)
) Case No. _____
v. )
)
Cook County et al; )
~~Defendant~~ Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: District Clerk
219 S. Dearborn
Chicago, Il
60604

TO: _____

PLEASE TAKE NOTICE that on _May 24th_, 20_15_, I have placed the documents listed below in the institutional mail at _Dixon_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _____

1983 _____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5A-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _5-22-15_

/s/ _Michael Bruner_
NAME: Michael Bruner
IDOC#: R-32831
Dixon Correctional Center
~~P.O. BOX~~ 2600 N. Brinton Ave.
Dixon, IL 61021

Subscribed and Sworn to before me
this 22nd day of May, 2015.

_Sally A Joos_
Notary Public

"OFFICIAL SEAL"
SALLY A. JOOS
Notary Public, State of Illinois
My Commission Expires 07/12/2016

Revised Jan 2002